FARBENFABRIKEN BAYER A. G. *v.*
UNITED STATES.

No. 504. Decided November 25, 1968.

*Allen F. Maulsby, Arnold M. Lerman, Max O. Truitt, Jr.,* and *Daniel K. Mayers* for appellant.

*Solicitor General Griswold* for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

GREEN *v.* TURNER, WARDEN.

No. 88, Misc. Decided November 25, 1968.

*Phil L. Hansen,* Attorney General of Utah, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Garrison* v. *Patterson,* 391 U. S. 464.